

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2014

No. 04-13-00872-CR

Martin Ugalde **CAMPOS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 11-1776-CR
William Old, Judge Presiding

## O R D E R

The reporter's record in this appeal was due January 13, 2014, but it was not filed. This court notified Patricia Wagner by letter dated January 21, 2014, that she is the court reporter responsible for timely filing the record and that the record had not been filed. Our notice required Wagner to file the record by February 20, 2014, unless appellant had failed to pay the reporter's fee and is not entitled to the record without paying the fee, in which case Wagner was required to file a notice so advising the court no later than February 10. We did not received the record or a timely response to our letter. However, on February 26, Wagner filed a notification of late record, requesting an extension of time until March 14, 2014, to file the record.

We **grant** the motion and **order** Patricia Wagner to file the record by **March 14, 2014**. Wagner is advised that the court will not grant a further extension of time unless she (1) establishes there are extraordinary circumstances that prevent her from timely filing the record, (2) advises the court in detail of what progress has been made in preparing the record, and (3) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX .R. APP. P. 35.3(c), we also order the clerk of this court to serve a copy of this order on the trial court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court